.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Susan P. Asmo,**

      vs.                  Case No. C-2-03-156

**Keane, Inc.**                  **Judge  Smith**
                                                           **Magistrate Judge King**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** Pursuant to an Order date May 31, 2005, defendant's Motion for Summary Judgment is GRANTED.  This case is DISMISSED.

Date:  May 31, 2005                                                            **James Bonini, Clerk**

                                                                                s/Lisa Wright
                                                                                Lisa Wright, Deputy Clerk